# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| ADRIAN HERMOSILLO LUJAN | § | |
| | § | |
| vs. | § | NO:  MO:24-CV-00006-DC |
| | § | |
| FNU MASA, DAVID CRINER | § | |

## **FINAL JUDGMENT**

On this day the Court entered an Order dismissing Plaintiff's case for want of prosecution. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is hereby **ORDERED** that Plaintiff's 42 U.S.C. §1983 Civil Rights Complaint is **DISMISSED FOR WANT OF PROSECUTION**.

Additionally, Plaintiff's §1983 is **DISMISSED WITHOUT PREJUDICE**.

It is lastly **ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**, with parties to bear their own costs.

It is so **ORDERED**.

**SIGNED this 1st day of April, 2024.**

**DAVID COUNTS**
**UNITED STATES DISTRICT JUDGE**