UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| ADRIAN HERMOSILLO LUJAN | § | |
| | § | |
| vs. | § | NO: MO:24-CV-00006-DC |
| | § | |
| FNU MASA, SHERIFF DAVID CRINER | § | |

# FINAL JUDGMENT

On this day the Court entered an Order granting Defendants' Motion for Summary Judgment and dismissing Plaintiff's case, for reasons clarified therein. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**.

Additionally, Plaintiff's 42 U.S.C. §1983 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust, and his state-law claims are also **DISMISSED WITHOUT PREJUDICE**.

It is lastly **ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**, with the parties bearing their own costs.

It is so **ORDERED.**

SIGNED this 20th day of July, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE